

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Landstar Ranger, Inc.

No. 06-20-00047-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the Relator's petition for writ of mandamus should be conditionally granted. The writ will issue only in the event the Trial Court fails to vacate its order denying Relator's motion for a protective order.

RENDERED SEPTEMBER 15, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk